# IN THE SUPREME COURT OF THE STATE OF NEVADA

FERRELL STREET TRUST,
              Appellant,
      vs.
JPMORGAN CHASE BANK, N.A.,
              Respondent.

No. 66547

**FILED**

JAN 07 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER GRANTING MOTION FOR REMAND AND DISMISSING APPEAL*

Appellant has filed a motion to remand this matter to the district court pursuant to *Huneycutt v. Huneycutt*, 94 Nev. 79, 575 P.2d 585 (1978); *see also Foster v. Dingwall*, 126 Nev. 49, 228 P.3d 453 (2010). The motion is accompanied by an order of the district court certifying that upon remand it will vacate its prior order granting the motion for judgment on the pleadings and enter an order denying that motion. Respondent has filed a notice of non-opposition to appellant's motion for remand.

Cause appearing, we grant the motion. Accordingly, we remand this matter to the district court pursuant to its certification, and we order this appeal dismissed. This dismissal is without prejudice to appellant's right to file a motion to reinstate this appeal should the district court decline to grant the relief requested.[1] Any such motion to

---

[1]We note that any aggrieved party may file a notice of appeal from any appealable order entered at the completion of the district court proceedings. *See* NRAP 3A.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-00735

reinstate this appeal shall be filed within 60 days of the district court's order declining to grant the requested relief.

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Douglas W. Herndon, District Judge
      Law Offices of Michael F. Bohn, Ltd.
      Ballard Spahr, LLP
      Smith Larsen & Wixom
      Eighth District Court Clerk